# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.  03-20487-CIV-SEITZ/BANDSTRA

NATIONAL COMMUNICATION
LIMITED, INC., d/b/a NATCOM
MARKETING, a Florida Corporation

       Plaintiff,

v.

REEBOK INTERNATIONAL LTD.,
a Massachusetts Corporation

       Defendant.

_____/



FILED by _____ D.C.

AUG 0 7 2003

CLARENCE MADDOX
CLERK. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

THIS CAUSE is before the Court on Defendant Reebok International Ltd.'s ("Reebok")

Motion to Dismiss the Amended Complaint of Plaintiff National Communication Limited, Inc.

("Natcom"). **[D.E. 18].** Upon review of the motion, response, and reply, the Court will deny

Defendant's Motion.

This dispute involves an alleged marketing plan–featuring Colombian-born singer

Shakira–created by Natcom to attract Hispanic consumers for Reebok's products. Natcom

originally filed a three-count complaint against Reebok for fraud, breach of an implied contract,

and violation of Florida's Uniform Trade Secrets Act.

The Court granted Defendant's Motion to dismiss all of Plaintiff's counts without

prejudice. However, on the breach-of-contract claim, the Court stated that Plaintiff had alleged

enough facts to support either a theory of unjust enrichment (breach of contract implied-in-law)

or quantum meruit (breach of contract implied-in-fact). The Court dismissed this claim only "for

the sake of clarity and to avoid confusion . . .[and gave Plaintiff] leave to replead a claim which



03-20487-CIV-SEITZ

specifies the theory of implied contract [on which] Natcome bases its claim." <u>Order Granting Def.'s Mot. to Dismiss</u> at 5. **[D.E. 16].**

Subsequently, Plaintiff filed its Amended Complaint which alleges the same general course of conduct between the parties, and now alleges one count for breach of contract implied-in-law (unjust enrichment).  Plaintiff has abandoned the fraud and the Florida Uniform Trade Secrets Act claims. Therefore, upon review of the Amended Complaint which alleges the facts the Court previously found sufficient to support a breach of contract implied-in-law, it is hereby

ORDERED that Defendant's Motion to Dismiss the Amended Complaint is DENIED.

ORDERED in Miami, Florida this _6th_ day of August, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Magistrate Judge Bandstra
Peter Prieto, Esq., 701 Brickell Ave., Miami, FL 33131, Fax: 305-789-7799
Xavier L. Suarez Esq., 2600 Douglas Rd., Suite 600, Coral Gables, FL 33143, Fax: 305-460-4099